# In the United States Court of Federal Claims

No. 05-707 C

(Filed April 7, 2008)

* * * * * * * * * * * * * * * * * * * * * *

STEVEN R. CHARVES, *
*
*Plaintiff,* *
*
v. *
*
THE UNITED STATES, *
*
*Defendant.* *

* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On November 2, 2005, this court set a preliminary schedule for proceedings in the subject matter. On July 18, 2006, the parties filed a stipulation of partial dismissal, apparently resolving plaintiff's accrued claims, except for "his claim based upon time spent driving to and from work in a government-owned or leased vehicle." Since then, no further filings in the subject matter have been received by the court.

The driving time issue has been litigated in other cases. On January 7, 2008, the appellants' petition for writ of *certiorari* was denied in *Adams v. United States*, 128 S. Ct. 866 (2008). The court requires assurance that progress will be made on the resolution of plaintiff's claims and the closing of this case.

Accordingly, it is hereby **ORDERED** that the parties shall **FILE** a **Joint Status Report**, on or before **April 30, 2008**, and **at every ninety-day interval henceforth**, informing the court of the status of proceedings on the driving time issue as this affects plaintiff's claims in this case, and any other issues preventing the closing of this case. Counsel are commended for progress made thus far in this case.

/s/Lynn J. Bush
LYNN J. BUSH
Judge